

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-9-1996

# Madden v. Myers

Precedential or Non-Precedential:

Docket 96-8046

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Madden v. Myers" (1996). *1996 Decisions.* Paper 3.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/3

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
             UNITED STATES COURT OF APPEALS
                  FOR THE THIRD CIRCUIT

                      No. 96-8046
                _____


                   RONALD MADDEN,

                       Petitioner
                       v.

                   KEVIN MYERS,

                       Respondent

               Honorable Malcolm Muir,
               United States District Judge

                   Nominal Respondent.
           _____


       On Appeal From the United States District Court
          For the Middle District of Pennsylvania
               (D.C. Civ. No. 96-cv-00239)
            _____


         Submitted Under Third Circuit LAR 34.1(a)
                    August 8, 1996

     Before: BECKER, ALITO and MCKEE, Circuit Judges.
                  (Motions Panel A)


         (Opinion Filed December 3, 1996)

           RONALD MADDEN, # 107247
           Southcentral Correctional Facility
           P.O. Box 279
           Clifton, TN  38425-0279


                   Petitioner Pro Se

           KEVIN MYERS
           South Central Correctional Facility
           P.O. Box 279
           Clifton, TN  38425-0279


                   Respondent Pro Se

           HONORABLE MALCOLM MUIR
           United States District Judge
           P.O. Box 608
           Williamsport, PA  17703


                   Nominal Respondent
```

ORDER AMENDING OPINION


        The slip opinion in the above case filed December 3, 1996 is amended as follows:

        On page 7, footnote 6, line 2 the word "Court" replaces "Clerk's office."

                BY THE COURT:

                /s/ Edward R. Becker
                  Circuit Judge


DATED: December 9, 1996